UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

SHERRIE FRITZ,

            Plaintiff,

-vs-                                            Case No. 3:12-CV-57

STREAK FREE WINDOW & FLOOR
CLEANING et al.,

            Defendants.

### ORDER OF DISMISSAL

The Court finds the Plaintiff was notified by order filed April 4, 2014 (doc. 31) to show cause as to why this case should not be dismissed for failure to prosecute. As of today's date, Plaintiff has not responded to the Court's order to show cause. Plaintiff has neither perfected service on all Defendants nor moved for default on those service was perfected.

Therefore, it is **ORDERED** and **ADJUDGED** that this case is hereby **DISMISSED,** without prejudice. The captioned cause is hereby ordered terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

**DONE** and **ORDERED** in Dayton, Ohio on this 5th day of May, 2014.

                                        THOMAS M. ROSE
                                        UNITED STATES DISTRICT JUDGE